GIA C. PHONG (SBN 306002)
2001 21ST Street, Suite 205
Sacramento, CA 95818
Tel: 916-234-3129

Attorney for Claimant, Ge Gao

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CV-00773-KJM-CKD |
| Plaintiff, | |
| v. | **STIPULATION OF WITHDRAWAL OF CLAIM AS TO GE GAO** |
| REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 8656 DAIMLER WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-0680-059-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 12660 SHARON BEE LANE, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0130-057-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 22698 N. SOWLES ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 007-370-09-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

1
STIPULATION OF WITHDRAWAL OF CLAIM AS TO GE GAO

| | |
|---|---|
| REAL PROPERTY LOCATED AT 23900 N. BRYANT ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 007-070-470-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 4700 BLOSSOM RANCH DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1060-066-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 7211 OVAR COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1240-062-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Claimant GE GAO ("Claimant") as follows:

1. That Claimant asserted an interest and claim in defendant property located at 8656 Daimler Way, Sacramento, California on or about May 01, 2018. The Claimant has since filed another claim on or about the date of June 29, 2018. Accordingly, Claimant hereby withdraws her claim filed on May 01, 2018 in this Action with respect to the real property located 8656 Daimler Way, Sacramento, California, APN: 115-0680-059-0000.

Dated: July 30, 2018    /s/ Gia C. Phong
GIA C. PHONG (State Bar No. 306002)


Dated: July 30, 2018    McGREGOR W. SCOTT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
(Authorized by email)

ORDER

Under Federal Rule of Civil Procedure 41(a)(2), the above stipulation is approved and Claimant GE GAO's claim on or about May 01, 2018 is deemed withdrawn.

IT IS SO ORDERED.

DATED: August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE