Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholder,
Socotra Fund, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 8656 DAIMLER WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 115-0680-059-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 12660 SHARON BEE LANE, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0130-057-0000, INCLUDING ALL | Case No. 2:18-cv-00773-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM, ANSWER, AND AMENDED ANSWER OF NON-PARTY LIENHOLDER, SOCOTRA FUND, LLC**<br><br>Complaint Filed: April 4, 2018 |

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 22698 N. SOWLES ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 007-370-09-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 23900 N. BRYANT ROAD, ACAMPO, CALIFORNIA, SAN JOAQUIN COUNTY, APN: 007-070-470-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 4700 BLOSSOM RANCH DRIVE, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1060-066-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 7211 OVAR COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1240-062-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

**IT IS HEREBY STIPULATED** by claimant, Socotra Fund, LLC ("Claimant"), by and through its undersigned counsel, Larissa A. Branes, Esq. of Geraci Law Firm, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

1. Claimant asserted a lienholder interest in the defendant property located at 8656 Daimler Way, Sacramento, California 95828 ("Daimler Way Property"), which maintains the following legal description:

> Real property in the unincorporated area of the County of Sacramento, State of California, described as follows:
>
> LOT 146, AS SHOWN ON THE "PLAT OF VINTAGE PARK UNIT NO. 4", RECORDED IN BOOK 168 OF MAPS, MAP NO. 17, RECORDS OF SAID COUNTY.
>
> EXCEPTING THEREFROM AN UNDIVIDED 50% INTEREST IN AND TO ALL OIL, GAS OR OTHER HYDROCARBON SUBSTANCE BELOW A DEPTH OF 500 FEET WITHOUT HOWEVER, THE RIGHT OF SURFACE ENTRY, AS RESERVED IN DEED RECORDED IN BOOK 840522, PAGE 280, OFFICIAL RECORDS.
>
> A.P.N. 115-0680-059;

2. The loan has since been satisfied and Claimant no longer has an interest in the Daimler Way Property;

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on June 13, 2018 [Dk. 19], its answer filed in the above-captioned case on June 22, 2018 [Dk. 20], and its amended answer filed in the above-captioned case on July 3, 2018 [Dk. 37] with respect to the Daimler Way Property;

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Daimler Way Property is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

///

///

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: July 29, 2019      **GERACI LAW FIRM**

By:  /s/ Larissa A. Branes
Larissa A. Branes, Esq.
Amy E. Martinez, Esq.
Alexa P. Stephenson, Esq.
Attorneys for Non-Party Lienholders,
Socotra Fund, LLC

Date: July 29, 2019      **MCGREGOR W. SCOTT**
United States Attorney

By:  /s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant United States Attorney

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

4
STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM, ANSWER, AND AMENDED ANSWER OF NON-PARTY LIENHOLDER, SOCOTRA FUND, LLC

# **ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Socotra Fund, LLC ("the Stipulation") by Claimant, Socotra Fund, LLC ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed in the above-captioned case on June 13, 2018 [Dk. 19] is hereby deemed withdrawn.

3. Claimant's answer filed in the above-captioned case on June 22, 2018 [Dk. 20] is hereby deemed withdrawn.

4. Claimant's amended answer filed in the above-captioned case on July 3, 2018 [Dks. 37] is hereby deemed withdrawn.

5. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: July 29, 2019.

_____
UNITED STATES DISTRICT JUDGE