McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　Defendants. | 2:18-CV-00773-KJM-CKD<br><br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

The United States and claimants Wenhui Lin and Jing Shen Jiang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 7211 Ovar Court, Elk Grove, California, Sacramento County, APN: 132-1240-062-0000 ("defendant Ovar Court"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Ovar Court. Thus, the stay would no longer be necessary for this property.[1]

Claimants Wenhui Lin and Jing Shen Jiang filed Claims and Answers to the Complaint regarding defendant Ovar Court. No other party has filed a claim asserting an interest in defendant Ovar Court.

---
[1] The case would remain stayed as to the other six *In Rem* Defendants. This request is limited to defendant Ovar Court.

1

On May 30, 2019, escrow closed for defendant Ovar Court. The United States and claimants Wenhui Lin and Jing Shen Jiang have reached a settlement regarding the net proceeds from the sale of the Ovar Court property.

Dated: 12/13/2019                                McGREGOR W. SCOTT
                                                 United States Attorney

                                  By:    /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

Dated: 12/13/19                                     /s/ Linda M. Parisi
                                                 LINDA M. PARISI
                                                 Attorney for claimants Wenhui Lin
                                                 and Jing Shen Jiang

                                                 (Authorized by phone)

**ORDER**

For the reasons set forth above, the stay is lifted regarding the real property located at 7211 Ovar Court, Elk Grove, California, Sacramento County, APN: 132-1240-062-0000.

IT IS SO ORDERED

Dated: December 18, 2019.

                                                        UNITED STATES DISTRICT JUDGE