| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
|   | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CV-00773-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 7211 OVAR COURT, ELK GROVE, CA |
| REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against seven real properties, one of which is the real property located at 7211 Ovar Court, Elk Grove, California, Sacramento County, APN: 132-1240-062-0000 ("defendant property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 4, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3. On May 14, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

/////

4. Beginning on May 19, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 26, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual related to this defendant property:

    a. Wenhui Lin.

6. Wenhui Lin ("claimant") filed a Claim and an Answer to the Complaint on June 29, 2018. Jing Shen Jiang ("claimant") filed a Claim and an Answer to the Complaint on June 29, 2018. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7. On May 30, 2019, escrow closed for the defendant property at 7211 Ovar Court, Elk Grove, California, Sacramento County, APN: 132-1240-062-0000, and the United States received a wire transfer in the amount of $424,959.02, which will be substituted in lieu of the real property.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Wenhui Lin and Jing Shen Jiang, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $334,959.02 of the Approximately $424,959.02 in net proceeds from the sale of defendant real property located at 7211 Ovar Court, Elk Grove, California, Sacramento County, APN: 132-1240-062-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $90,000.00 of the Approximately $424,959.02 in net proceeds from the sale of defendant real property located at 7211 Ovar Court, Elk Grove, California, Sacramento County, APN: 132-1240-062-0000, shall be returned to claimant Wenhui Lin through attorney Linda M. Parisi.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimants waived the provisions of California Civil Code § 1542.

5. Claimants waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6. All parties are to bear their own costs and attorneys' fees, if any.

7. Based upon the allegations set forth in the Complaint filed April 4, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 10th day of February, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE