PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　Defendants. | 2:18-CV-00773-KJM-CKD<br><br>STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |

　　　　The United States and claimant Alan Zheng, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 653 Main Avenue, Sacramento, California, Sacramento County, APN: 226-0240-037-0000 ("defendant Main Avenue").  The parties anticipate that, if granted, the settlement documents would close the case against defendant Main Avenue.  Thus, the stay would no longer be necessary for this property.[1]

　　　　Lantzman HVHC, Inc. and JTA LLC filed Claims asserting lien holder interests in defendant Main Avenue, and Answers to the Complaint.  Claimant Alan Zheng filed a Claim and an Answer to the

---

[1] The case would remain stayed as to the other four *In Rem* Defendants.  This request is limited to defendant Main Avenue.

1

Complaint regarding defendant Main Avenue. No other party has filed a claim asserting an interest in defendant Main Avenue.

On or about July 18, 2018, escrow closed for defendant Main Avenue. Lien holders Lantzman HVHC, Inc. and JTA LLC were paid in full through escrow. Lantzman HVHC, Inc. and JTA LLC withdrew their Claims and Answers on August 16, 2019.

The United States and claimant Alan Zheng have reached a settlement regarding the net proceeds from the sale of the Main Avenue property.

Dated: 8/1/2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/7/2024

/s/ Ernest Chen
ERNEST CHEN
Attorney for claimant Alan Zheng
(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 653 Main Avenue, Sacramento, California, Sacramento County, APN: 226-0240-037-0000.

IT IS SO ORDERED

Dated: August 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE