MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00773-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Ge Gao, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 8656 Daimler Way, Sacramento, California, Sacramento County, APN: 115-0680-059-0000 ("defendant Daimler Way"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Daimler Way. Thus, the stay would no longer be necessary for this property.[1]

Claimant Ge Gao filed a Claim and an Answer to the Complaint regarding defendant Daimler Way. Socotra Fund, LLC filed a Claim asserting a lien holder interest in defendant Daimler Way, and an Answer to the Complaint. No other party has filed a claim asserting an interest in defendant Daimler

---

[1] The case would remain stayed as to the other three *In Rem* Defendants. This request is limited to defendant Daimler Way.

1

Way.

On or about March 18, 2019, escrow closed for defendant Daimler Way. Lien holder Socotra Fund, LLC was paid in full through escrow. Socotra Fund, LLC withdrew their Claim and Answer on July 29, 2019.

The United States and claimant Ge Gao have reached a settlement regarding the net proceeds from the sale of the Daimler Way property.

Dated: 5/4/2025                                   MICHELE BECKWITH
                                                              Acting United States Attorney

                                                   By:    /s/ Kevin C. Khasigian
                                                              KEVIN C. KHASIGIAN
                                                              Assistant U.S. Attorney

Dated: 6/22/2025                                   /s/ Linda M. Parisi
                                                              LINDA M. PARISI
                                                              Attorney for claimant Ge Gao

                                                              (Signature retained by attorney)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 8656 Daimler Way, Sacramento, California, Sacramento County, APN: 115-0680-059-0000.

IT IS SO ORDERED

DATED: July 7, 2025.

_____
UNITED STATES DISTRICT JUDGE