| | |
|---|---|
| 1 | MICHELE BECKWITH<br>Acting United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>REAL PROPERTY LOCATED AT 653 MAIN AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 226-0240-037-0000, INCLUDING ALL  APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　Defendants. | 2:18-CV-00773-KJM-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 8656 DAIMLER WAY, SACRAMENTO, CA |
|---|---|

　　　Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

　　　1.　　This is a civil forfeiture action against seven real properties, one of which is the real property located at 8656 Daimler Way, Sacramento, California, Sacramento County, APN: 115-0680-059-0000 ("defendant property").

　　　2.　　A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 4, 2018, alleging that said defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

　　　3.　　On May 17, 2018, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

     4.     Beginning on May 19, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 26, 2018.

     5.     In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual or entity related to this defendant property:

     a.     Ge Gao,
     b.     The Socotra Fund, LLC

     6.     Ge Gao ("claimant") filed a Verified Claim on May 1, 2018. Claimant Ge Gao filed a second Verified Claim and an Answer to the Complaint on June 29, 2018. Socotra Fund, LLC ("claimant") filed a Verified Claim claiming a lien holder interest in the defendant property on June 13, 2018, an Answer to the Complaint on June 22, 2018, and an Amended Answer to the Complaint on July 3, 2018. Claimant Ge Gao filed a Stipulation of Withdrawal of Claim on August 7, 2018, regarding her first Claim filed on May 1, 2018. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

     7.     On March 18, 2019, escrow closed for the defendant property at 8656 Daimler Way, Sacramento, California, Sacramento County, APN: 115-0680-059-0000, and the United States received a wire transfer in the amount of $93,138.08, which will be substituted in lieu of the real property. Lien holder Socotra Fund, LLC was paid in full through escrow. Socotra Fund, LLC withdrew their Claim and Answers on July 29, 2019.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

     1.     Judgment is hereby entered against claimants Ge Gao and Socotra Fund, LLC, and all other potential claimants who have not filed claims in this action.

     2.     Upon entry of this Final Judgment of Forfeiture, $55,638.08 of the Approximately $93,138.08 in net proceeds from the sale of the defendant real property located at 8656 Daimler Way, Sacramento, California, Sacramento County, APN: 115-0680-059-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to

Partial Final Judgment of Forfeiture

18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $37,500.00 of the Approximately $93,138.08 in net proceeds from the sale of the defendant real property located at 8656 Daimler Way, Sacramento, California, Sacramento County, APN: 115-0680-059-0000, shall be returned to claimant Ge Gao through attorney Linda M. Parisi.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant Ge Gao waived the provisions of California Civil Code § 1542.

5. Claimant Ge Gao waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6. All parties are to bear their own costs and attorneys' fees, if any.

7. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8. Based upon the allegations set forth in the Complaint filed April 4, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

DATED: July 28, 2025.

_UNITED STATES DISTRICT JUDGE_